IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ERICA CARDENAS**, individually, on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**BIZ ADVANCE NOW INC.** and **OXFORD FUNDING SOURCE INC.**,<br><br>*Defendants*. | No. 1:25-cv-02339-KAM-JAM<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cardena hereby provides notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 5th day of June, 2025.   Respectfully Submitted,

*[signature]*
6/5/2025

By: */s/ Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative Classes*